# United States District Court

__EASTERN__ DISTRICT OF __MICHIGAN__

UNITED STATES OF AMERICA

V.

Iftikhar A. SIDDIQUI

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: **04-80928**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning on or about __October 19, 2004__ in __WAYNE__ county, in the __EASTERN__ District of __MICHIGAN__ to wit: immigration removal proceeding ummery defendant(s) did, (Track Statutory Language of Offense) in a matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willingly make or use a false writing or document knowing the same to contain materially false, fictitious, and fraudulent statements and entries; to wit: letter representing that Rashid Imran was employed in ongoing business

in violation of Title __18__ United States Code, Section(s) __1001(a)(3)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

<u>See Attached Affidavit</u>

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Angus P. Lowe, Special Agent, BICE

**A TRUE COPY**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY _____, DEPUTY CLERK

Sworn to before me and subscribed in my presence,

__November 9, 2004__ at __Detroit, Michigan__
Date                                        City and State

Virginia Morgan
U.S. Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The affiant being duly deposed and sworn states:

1. I, Angus P. Lowe, am a Special Agent with the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, and have been employed with same for seven years. The following information is submitted in support of a finding of probable cause and is therefore a summary of facts known to me.

2. On or about October 29, 2002, Iftikhar A SIDDIQUI filed an Immigrant Petition for Alien Worker (Form I-140) on behalf of Rashid IMRAN. The basis for this petition is IMRAN's purported skill in Mughlai style cooking. The petition indicates that employment is available for IMRAN at SIDDIQUI's business: Big Bite Pizza, Fried Chicken and Asian Food at 700 W. Huron Street, Pontiac Michigan. The petition was approved on July 29, 2004.

3. On or about or about March 25, 2003, Rashid IMRAN was placed in deportation proceedings as a non-immigrant who overstayed his authorized period of admission. IMRAN has filed an application to adjust his status to permanent resident based on the already approved I-140 petition. This application is before the immigration court and if approved will terminate deportation proceedings. The already approved I-140 is contingent upon the job still being available and the business being operational.

4. On or about October 5, 2004 at approximately 1630 hours agents went to Big Bite Pizza at 700 W. Huron in Pontiac Michigan. Big Bite Pizza appeared to be out of business. Big Bite Pizza is in a strip mall west of downtown Pontiac. There are several other businesses in the strip mall including J.J's Touch Hair Salon and L.A. Insurance. Agents questioned a hair stylist at J.J's Touch Hair Salon. She advised that Big Bite was last open for business in the summer of 2003.

5. On or about October 12, 2004, Iftikhar SIDDIQUI wrote a letter to the Immigration Court in Detroit Michigan. The letter is on stationary headed "Siddiqui Enterprises, INC DBA: The Big Bite Pizza, Fried Chicken, And Asian Foods 700 W. Huron Street, Pontiac MI". The letter states: "This letter is written to confirm that Mr. Rashid Imran has been employed with us since June of 2001. He is employed as a full time Chef (Mughlai-style foods) and currently earns a salary of $9.50 per hours...The terms of the Immigration Petition for Alien Worker (Form I-140) continue to exist and I write this letter to confirm that I would like to continue to employ Mr. Imran once he obtains permanent resident status in the United States." This letter was submitted to the Executive Office of Immigration Review, Detroit, MI on or about October 19, 2004, as an exhibit that will be presented at Rashid IMRAN's removal hearing on November 5, 2004.

6. On or about November 4, 2004, agents again went to 700 W. Huron in Pontiac MI. Big Pizza was again closed. Agents interviewed John Humes the owner of J.J's Touch Salon. Humes stated in part that he was acquainted with Rashid IMRAN as the two businesses shared a mailbox. Humes stated that Big Bite has been closed for at least six months. Agents also interviewed Cindy Kassab an employee at the LA Insurance office located next to Big Bite. Kassab stated that Big Bite has not been open for at least one year.

7. Therefore, I believe there is probable cause that the defendant knowingly made a false statement in a matter within the jurisdiction of the executive branch of the government in violation of 18 USC 1001(a)(3).

8. I know the foregoing from first-hand knowledge or personal investigation, and information provided to me from other law enforcement sources.

AUSA Peter Deegan (313)226-9190

# United States District Court

| EASTERN | DISTRICT OF | MICHIGAN-SD |

UNITED STATES OF AMERICA

V.

Iftikhar A SIDDIQUI

**WARRANT FOR ARREST**

CASE NUMBER: 04-80928

**A TRUE COPY**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY _Geddrey Poutts_

To: The United States Marshal
and any Authorized United States Officer

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 19, 2004 in WAYNE county, in the EASTERN District of MICHIGAN defendant(s) (Track Statutory Language of Offense)

did, in a matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willingly make or use a false writing or document knowing the same to contain materially false, fictitious, and fraudulent statements and entries;

in violation of Title 18 United States Code, Section (s) 1001(a)(3)

Virginia Morgan
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

**VIRGINIA M. MORGAN**
Signature of Issuing Officer

November 9, 2004   Detroit, Michigan
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
at _____

DATE AND TIME WARRANT EXECUTED

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

*[signature]*
Angus P. Lowe, Special Agent
Bureau of Immigration
And Customs Enforcement

Sworn and subscribed before me this 9th day of November 2004.

**VIRGINIA M. MORGAN**
Virginia Morgan
United States Magistrate Judge