UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Arresting District No.: |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ) | |
| IFTIKHAR A. SIDDIQUI, ) | Charging District No.: 04-80928 |
| Defendant ) | |

ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION OR DISTRICT HAVING
PROBATION JURISDICTION
November 18, 2004

The Defendant, having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the Defendant released;

IT IS ORDERED that the Defendant be held to answer in the United States District Court for the Eastern District of Michigan; and shall appear at all proceedings as required. The Defendant shall next appear on Tuesday, November 30, 2004, at 1:00 p.m. in Room 1042, U.S. District Court, 231 West Lafayette Blvd., Detroit, Michigan, before Magistrate Judge R. Steven Whalen (phone no. (313) 234-5050)

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge